UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULI SMITH,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>METROPOLITAN WATER DISTRICT<br>OF SOUTHERN CALIFORNIA, ET AL.,<br><br>　　　　Defendants. | ) CASE NO. CV 08-03539-MMM(AGRx)<br>)<br>)<br>) ORDER DISMISSING CIVIL ACTION<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action  and this Order shall not prejudice any party to this action.

DATED: April 31, 2009　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE